```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    BOISEY CALDWELL,                                         :
                                                             :
                                        Plaintiff,           :
                                                             :        19-CV-5236 (VEC)
                        -against-                            :
                                                             :             ORDER
    ELINOR SUTTON, et al.,                                   :
                                                             :
                                        Defendants.          :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2020
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 3, 2020, Plaintiff, proceeding *pro se*, initiated this case (Dkt. 2);

WHEREAS on September 16, 2020, Defendants filed a motion to dismiss (Dkt. 14);

WHEREAS Defendants' motion to dismiss is fully briefed and pending disposition;

WHEREAS on May 21, 2020, Plaintiff filed letters containing new allegations and sensitive content unrelated to the motion to dismiss (Dkts. 28, 29); and

WHEREAS the Court has placed Plaintiff's May 21, 2020, letters temporarily under seal;

IT IS HEREBY ORDERED that Plaintiff may not file new submissions in this case without permission from the Court until the Court has decided Defendants' motion to dismiss.

A copy of this Order has been mailed to Plaintiff by chambers.

**SO ORDERED.**

Date: **May 29, 2020**
      **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**