USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7 21 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
BOISEY CALDWELL,

                                    Plaintiff,

              -against-

ELINOR SUTTON,

                                    Defendant.
-------------------------------------------------------X

19 **CIVIL** 5236 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 20, 2020, the Motion to Dismiss

is GRANTED, and this case is dismissed with prejudice. The Court certifies pursuant to 28 U.S.C.

§ 1915(a)(3) that any appeal from the Order would not be taken in good faith, and thus, in forma

pauperis status for purposes of appeal is denied. See Coppedge v. United States, 369 U.S. 438,

444-45 (1962) (holding that an appellant demonstrates good faith when seeking review of a non-

frivolous issue); accordingly, this case is closed.

**Dated:**  New York, New York

        July 21, 2020

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
                    **BY:**
                                    *K mango*
                                    _____
                                    **Deputy Clerk**